UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE FULTON FISH MARKET
PENSION FUND,

            Plaintiff,

- against -

CALEB HALEY & CO., LLC

            Defendant.

25-cv-5844 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the defendant to respond to the complaint is extended to **September 16, 2025**. If the defendant fails to respond to the complaint by that date, the plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **September 30, 2025**.

SO ORDERED.

Dated:    New York, New York
            September 1, 2025

                                    John G. Koeltl
                             United States District Judge