UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE FULTON FISH MARKET
PENSION FUND,
                      Plaintiff(s)

    -against-

CALEB HALEY & CO., LLC,
                      Defendant(s).
------------------------------------------------------------X

25 civ 5844 (JGK)

## ORDER

The conference scheduled for October 22, 2025, at 3:00pm, is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 18, 2025