UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

TRUSTEES OF THE FULTON FISH MARKET
PENSION FUND,                                    25-cv-5844 (JGK)

                      Plaintiff,                    ORDER

      - against -

CALEB HALEY & CO., LLC,

                      Defendant.
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    On August 15, 2025, the Clerk of Court issued a certificate of default as to the defendant Caleb Haley & Co., LLC. ECF No. 15. On September 18, 2025, the Court entered an order to show cause why a default judgment should not be entered against the defendants. ECF No. 22. The plaintiff served the order to show cause on the defendant on September 23, 2025. ECF No. 24. The time for the defendant to respond to the order to show cause was October 10, 2025, ECF No. 22, but to date, the defendant has failed to respond.

Accordingly, the plaintiff is entitled to a default judgment against the defendant. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

**SO ORDERED.**

Dated:   New York, New York
         October 29, 2025

_____
John G. Koeltl
**United States District Judge**