**VIRGINIA**
**& AMBINDER LLP**

A t t o r n e y s   a t   L a w

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/02/2025__

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile:  (212) 943-9082

**Maura Moosnick**
Partner
mmoosnick@vandallp.com

December 2, 2025

**APPLICATION GRANTED**

*Katharine H Parker*

**Hon. Katharine H. Parker, U.S.M.J.**

**12/02/2025**

**VIA ECF**

Hon. Katharine H. Parker, U.S.M.J.
Southern District of New York
500 Pearl Street
New York, NY 10004

Re:   ***Trustees of the Fulton Fish Market Pension Fund***
***v. Caleb Haley & Co., LLC.*, 25 CV 5844 (JGK)(KHP)**

Dear Judge Parker:

This firm represents the Plaintiffs in the above-referenced case. We write to respectfully request cancellation of the December 15, 2025 initial conference and all case management deadlines in this matter. The Defendant has defaulted (*see* ECF Doc. No. 15) and there is current a pending motion for default judgment before the District Judge in this matter (*see* ECF Doc. Nos. 19-22). Given the pending motion, we respectfully posit that there is no need for an initial conference or case management plan, and request that the December 15, 2025 conference and corresponding deadlines be canceled or, in the alterative, adjourned without date.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/Maura Moosnick*
Maura Moosnick, Esq.

Cc: Defendant (via mail and email)