UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TRUSTEES OF THE FULTON
FISH MARKET PENSION FUND,

                                 Plaintiff,

                    -against-

CALEB HALEY & CO., LLC,

                               Defendant.
-----------------------------------------------------------------X

**ORDER**

**25-CV-5844 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me to conduct an inquest on damages. (Doc. No. 26.) By **February 23, 2026,** Plaintiff is directed to serve and file an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, Plaintiff's reasonable attorneys' fees, and proposed findings of fact and conclusions of law. All proposed findings of fact must be supported by admissible evidence introduced through affidavit. All proposed findings of law must be supported by reference to applicable law. Claims for actual or statutory damages must be specified and supported with admissible evidence. Claims for attorneys' fees and costs must be supported by detailed attorney time records and evidence of costs (such as receipts or evidence of paid invoices) introduced through an attorney declaration.

**By no later than February 6, 2026**, Plaintiff shall serve a copy of the Default Judgment order issued by the Hon. John G. Koeltl in this matter, along with a copy of this Order via a method intended to ensure delivery, to Defendant. Plaintiff shall file an affidavit of service of the Default Judgment and this Order with the Court. Plaintiff shall serve a copy of all papers

filed in connection with the damages inquest (as described in the first paragraph of this Order) on Defendant by **February 23, 2026**.  Plaintiff shall file an affidavit of service of the Default Judgment and this Order with the Court.

Defendant shall have until **March 16, 2026**, to object or otherwise respond to Plaintiff's application for damages in connection with the default judgment.  Defendant must file any objections or response with the Court and serve the response and/or objections on Plaintiff's counsel.

A hearing will take place on **May 4, 2026, at 11:00a.m.,** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.  The Court reserves the right to cancel the hearing if it deems it is not necessary to determine the motion.

**SO ORDERED.**

Dated: February 2, 2026
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2