UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE FULTON
FISH MARKET PENSION FUND,

USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:__02/06/2026__

                          Plaintiff,                 **ORDER ADJOURNING INQUEST**
                                                            **HEARING**
            -against-
                                                       **25-CV-5844 (JGK) (KHP)**

CALEB HALEY & CO., LLC,

                          Defendant.
------------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        In light of the Notice of Voluntary Dismissal filed on February 4, 2026 (doc. no 34) the

Inquest Hearing currently scheduled for **May 4, 2026**, is hereby adjourned *sine die*.


        **SO ORDERED.**

Dated: February 6, 2026
        New York, New York

_____
        KATHARINE H. PARKER
        United States Magistrate Judge